# EXHIBIT 1

## SETTLEMENT AGREEMENT

### By and between

- **OPIS s.r.l.**, an Italian contract research organization with registered offices in Via Giacomo Matteotti 10, 20832 Desio (MB), Italy, TAX ID and VAT n. 12605350151 ("**OPIS**" and/or the "**Licensee**")

and

- **MMAS Research LLC**, with offices located at 101 2nd St 303 Petaluma CA 94952 ("**MMAS**" and/or the "**Licensor**")

each a "**Party**" and together the "**Parties**"

### WHEREAS

a) OPIS, on behalf of Novartis Farma S.p.A. (with registered offices at Viale Luigi Sturzo 43, 20154 Milano, Italy, "**NVS**"), as Licensee, stipulated with MMAS, as Licensor, a License Agreement ("**Agreement**") on March 10th, 2017, for the use of the so called Morisky Widget (as defined and referred to in the Agreement itself). Terms and conditions of the Agreement are fully considered and shall be deemed entirely re-transcribed hereunder;

b) Subsequently, the Parties integrated and amended the Agreement by means of:
   i. a first Addendum dated July 28th, 2017 ("**Addendum 1**"), regulating corrective actions related to the use of questionnaires by OPIS on behalf of NVS in the context of the clinical trial identified by the code CINC42AIT04 (the "**ROMEI Study**" and/or "**Study**");
   ii. a second Addendum dated April 15th, 2020 ("**Addendum 2**"), regulating the purchase by OPIS on behalf of NVS of additional questionnaires needed in the context of the Study;
   iii. a third Addendum, dated September 6th, 2021 ("**Addendum 3**"), regulating the purchase by OPIS on behalf of NVS of additional questionnaires, additional training sessions and the Amazon Web Services license needed for having the Morisky Widget compliant with EU GDPR;

together the "**Addenda**", whose terms and conditions are fully considered and shall be deemed entirely re-transcribed hereunder;

c) In Addendum 3 OPIS agreed to use an AWS Europe GDPR compliant Morisky Widget to score MMAS-8 tests, only after they were trained and certified. After training session was held in November 2021, OPIS used the Morisky Widget to score only 35 reports as of around March 3rd, 2022;

d) A letter dated April 21st, 2022 from the legal counsel of Dr. Donald Morisky, former business partner of Mr. Steven Trubow, was published online via Donald Morisky's website ("*Predatory Pricing from Steve Trubow*"), warning the users of the Morisky Widget that Mr. Morisky had filed an action against MMAS and Mr. Trubow, alleging that both of them had violated Donald Morisky's intellectual property rights over the Morisky Widget. The letter, in particular, highlighted that "*ANY PERSON THAT USES OR LICENSES THE MORISKY WIDGET, MMAS-4 SCALE OR MMAS-8 SCALE WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF DR. MORISKY WILL BE IN VIOLATION OF U.S. FEDERAL COPYRIGHT LAW FOR COPYRIGHT INFRINGEMENT*";

e) On July 29th, 2022 OPIS contested the validity of Addendum 3 asking MMAS for restoration of damages based on latest Donald Morisky's legal consultant representations. OPIS did so *in bona fide* to prevent potential lawsuits and, essentially, as a consequence of the severe uncertainty created by contradictory claims on who is the owner of the Morisky Widget's intellectual property rights;

f) MMAS, in person of Mr. Steven Trubow, replied to OPIS forwarding Recommendation of US District Court, Western District Washington at Tacoma (Case 2:21-cv-01301-RSM; U.S. Magistrate Judge David W. Christel), dated April 15th, 2022, which Recommendation rejected Donald Morisky's claims against MMAS and Mr. Steven Trubow.

g) Then, MMAS threatened legal actions against OPIS and NVS for copyright infringement and breach of contract. Conversely, OPIS on behalf of NVS threatened legal actions against MMAS for restoration of damages arising out the delay of Study conduct caused by third party claims over the intellectual property of the Morisky Widget, which delay was allegedly attributable to MMAS;

h) The Parties entered into negotiations over the past months and, for the sole purposes of finding an amicable settlement of the matter without acknowledging anything to the merit, on May 4th, 2022 mutually decided to stipulate this settlement agreement, according to the following

**TERMS AND CONDITIONS**

1. **MUTUAL WAYVERS.**
   i. Upon signature of this settlement agreement, MMAS hereby mutually, irrevocably and forever settles, releases, and absolutely discharges OPIS and NVS (including their legal predecessors, successors, successors-in-interest, and assigns) from any and all claims, allegations, demands, controversies, damages, actions, causes of action, proceeding, debts, dues, liabilities, requests for declaratory relief (including attorney's fees, costs and litigation expenses), for breach of contract and/or copyright infringements arising out or in connection with the events mentioned in the above recitals, at no penalties neither infringement fees of any kind.
   In case lawsuits have already been filed, MMAS undertakes to formally dismiss the cases and to give written evidence of that at simple OPIS's request.
   ii. Upon signature of this settlement agreement, OPIS hereby mutually, irrevocably and forever settles, releases, and absolutely discharges MMAS (including its legal predecessors, successors, successors-in-interest, and assigns) from any and all claims, allegations, demands, controversies, damages, actions, causes of action, proceeding, debts, dues, liabilities, requests for declaratory relief (including attorney's fees, costs and litigation expenses), arising out or in connection with the events mentioned in the above recitals, at no penalties neither infringement fees of any kind.

2. **INDEMNFICATION.**
   i. MMAS undertakes to indemnify, defend, and hold OPIS and NVS (and each of its officers, employees, representatives, agents, contractors, successors) totally harmless against all losses, damages, liabilities, charges, lawsuits, demands, judgements, costs and expenses (including attorney's fees, costs and litigation expenses), arising out of or in connection with any claim of any third party, including but not limited to Mr. Donald Morisky, for infringement of their intellectual property rights or any other right arising from or connected with the Agreement, the Addenda and the performance of this settlement agreement.

3. **TRAINING**
   i. OPIS shall host Mr. Steven Trubow for a face-to-face session at OPIS' Headquarters (Via Volta 94, 20832 Desio – MB – Italy) for retroactive scoring, coding and reporting with OPIS Data Managers allocated to the ROMEI Study on May 8th, 2023, at no cost neither for OPIS, nor for NVS.
   ii. Moreover, The Parties represent each other that, should there be need of giving access credentials to new Data Managers, those will need to be remotely trained and certified in advance by Mr. Steven Trubow or by his authorized delegated person, at no cost for Licensee.

4. **INVOICING**
   i. Upon full execution of this settlement agreement, MMAS shall issue OPIS at admin@opisresearch.com an invoice for the full annual fee for the period September 2022-September 2023 (EUR 7,200.00, plus VAT if due) in the context of the ROMEI Study, without interests of any kind.
   ii. OPIS shall pay such invoice by and no later than 30 (thirty) days from invoice receipt.
   iii. Without prejudice to Addendum 3, annual fee for the period September 2023-September 2024 (EUR 7,200.00, plus VAT if due) shall be invoiced not before July 31st, 2023, with payment terms not inferior to thirty (30) days from invoice's receipt.

Page **2** of **3**



    iv.    For any further annual cost of AWS, terms and conditions of Addendum 3 shall apply to the extent they do not conflict with this settlement agreement.

5. **ORDER OF PREVALENCE**
   i. In case of conflict between the Agreement and/or any of the Addenda and this settlement agreement, the latter shall prevail.
   ii. All terms and conditions of the Agreement and the Addenda shall remain in full force and effect, to the extent they do not conflict with this settlement agreement. The latter shall be deemed incorporated into and deemed a part of the Agreement and the Addenda and any future reference to the Agreement and/or the Addenda shall include the terms and conditions of this settlement agreement.

6. **ATTORNEY'S FEES**
   i. Each Party shall bear its own attorney's fees (if and to the extent applicable) for the assistance in the matter and for the drafting of the settlement agreement.

7. **GOVERNING LAW**
   i. The governing law of this settlement agreement is the same governing law of the Agreement.

8. **COPIES**
   i. This settlement agreement is executed in two (2) original counterparts. In case of electronic signature, through the use of the Docusign® platform, the Parties recognize its legal validity and accepts that only an original electronically signed document shall embody this settlement agreement.

\*\*\*

Read, understood and executed by the duly authorized representatives of the Parties.

| OPIS s.r.l. | MMAS Research LLC |
|---|---|
| *[signature]* | *[signature: Steven Trubow]* |
| Dr. Laura Ambrosoli | Mr. Steven Trubow |
| CEO | |
| Date: May 8, 2023 | Date: May 8, 2023 |

# EXHIBIT 2

Associazione Nazionale Medici Cardiologi Ospedalieri

www.anmco.it (https://www.anmco.it/)



(https://abstract.anmco.it/)

**CONGRESS ABSTRACT**

# EFFICACY OF AN EDUCATIONAL STRUCTURED PROGRAM GUIDED BY A NURSING TEAM ON THERAPY ADHERENCE AND CLINICAL OUTCOMES IN PATIENTS WITH HEART FAILURE

*Marzo Sonia Tricase (Lecce) – Cardiology Department Card. G. Panico Hospital | Elia Ada Tricase (Lecce) – Cardiology Department Card. G. Panico Hospital | Vero Giulia Tricase (Lecce) – Cardiology Department Card. G. Panico Hospital | Rizzello Marta Tricase (Lecce) – Cardiology Department Card. G. Panico Hospital | Micello Luca Tricase (Lecce) – Cardiology Department Card. G. Panico Hospital | Ruggeri Paolo Tricase (Lecce) – Cardiology Department Card. G. Panico Hospital | Mauro Rosanna Tricase (Lecce) – Cardiology Department Card. G. Panico Hospital | De Masi De Luca Gabriele Tricase (Lecce) – Cardiology Department Card. G. Panico Hospital*

CRONICO – PREVENZIONE E LONG TERM CARE (https://abstract.anmco.it/tag/cronico-prevenzione-e-long-term-care/), INSUFFICIENZA CARDIACA (https://abstract.anmco.it/tag/insufficienza-cardiaca/)

Background: Heart failure (HF) is a clinical syndrome with a great social burden, causing several hospitalizations which are often correlated with an inadequate adherence to therapy. The aim of this study is to evaluate if an educational and supporting program guided by a nursing team, could produce an improvement in adherence to treatment and if this correlates with better clinical outcomes. Materials and Methods: 91 HF patients referred at the dedicated follow-up pathway were evaluated, according to a prospective observational protocol. All patients have been included in an educational and support program guided ed by the nursing team (Table 1A). Patients were administered a questionnaire regarding adherence to drug treatment. The questionnaire (MMAS-8 score) included 8 questions (Table 1B); adequate adherence was identified with a score >8 points, moderate adherence with a score >6 and <8 points, and poor adherence with a score <6 points. All patients were re-evaluated after 4 months, both clinically and again with the adherence questionnaire, evaluating the possible benefit in the observation period. Results: A significant increase in the adherence score was observed in follow-up (Fup) 6.2 (±2.9) vs 7 (±2.1) points, p 0.02 (Fig 1). At baseline, 39% of patients were high adhered, 35% moderate adherence, 26% poor adherence. During the observation period, 43 clinical outcomes were observed, 22 hospitalizations for HF, 10 therapeutic remodeling interventions, 10 admissions to emergency department for dyspnea or HF related symptoms, 1 death. Patients are divided according to the change in adherence score, and the clinical outcomes in the various groups are quantified. Most events occur in patients with poor baseline adherence who do not change in Fup (n 17, Group D) and in patients without adherence improvement (n 12, Group C). In patients group with high adherence to Fup, regardless of baseline adherence (n 8, Group B) few total events were observed and no significant difference in events is observed when compared with already basic adherent patients (n 6, Group A) p n.s. (Fig 2). Conclusions: The data of our study have confirmed how an educational and support path managed by a nursing team produces an increase in therapeutic adherence. The increase in adherence is correlated with a trend towards fewer clinical events in the observation period.




**Tab 1**: **A** Educational and support Program  **B** MMAS 8  Morisky Medication Adherence Score (Italian Version)



**Fig 1:** Change in Adherence score



**Fig 2:** Clinical outcomes in the various groups, divided according to change in adherence score

A.N.M.C.O. – Via La Marmora 36, 50121 Firenze (Italy) – Partita I.V.A. 05469530488 – Codice Fiscale 01301130488 – Privacy

www.anmco.it (https://www.anmco.it/) | segreteria@anmco.it (mailto:segreteria@anmco.it)

Cookie Policy (https://www.iubenda.com/privacy-policy/20512590/cookie-policy) Privacy Policy (https://www.iubenda.com/privacy-policy/20512590)

SEGUICI SU

(https://www.facebook.com/anmco) (https://twitter.com/_anmco) (https://www.youtube.com/channel/UCpaqGsBjiiY-s2sCX0BHzew) (https://www.linkedin.com/company/associazione-nazionale-medici-cardiologi-ospedalieri/) (https://www.instagram.com/_anmco/) (https://t.me/ANMCO)