Marc E. Hankin (SBN: 170505) Marc@hpl.law
Elodie Bardon (SBN: 352856) Elodie@hpl.law
HANKIN PATENT LAW, APC
11414 Thurston Circle
Los Angeles, CA 90049
Tel: (310) 979-3600

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MMAS RESEARCH LLC, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:25-cv-07439-MWC-PD |
| v. | |
| Novartis Pharma GmbH, et al., | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑  **ONLY** Defendant(s) Yale University _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by  MMAS RESEARCH LLC _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 9/4/2025 | /Marc E. Hankin/ |
|---|---|
| *Date* | *Signature of Attorney/Party* |

*NOTE:*  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*