# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MMAS RESEARCH LLC, a Washington limited liability company,

Plaintiff,

v.

NOVARTIS PHARMA GmbH; ALBERT EINSTEIN COLLEGE OF MEDICINE; UNIVERSITY OF NAPLES FEDERICO II; ST. OLAVS HOSPITAL; YALE UNIVERSITY; MORISKY MEDICATION ADHERENCE RESEARCH LLC; CARDINALE GIOVANNI PANICO GENERAL HOSPITAL; UNIVERSITA DI PAVIA; MAASTRICHT UNIVERSITY MEDICAL CENTER, DOES 1through 10, inclusive,

Defendants.

Case No.: 2:25-cv-07439 MWC-PD

**ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT ALBERT EINSTEIN COLLEGE OF MEDICINE WITHOUT PREJUDICE (DKT. 96)**

-1-

This action came for hearing before the Court, the Honorable Michelle W. Court, United States District Judge presiding, on the stipulated request of Plaintiff MMAS Research LLC ("Plaintiff") and Defendant Albert Einstein College of Medicine ("Einstein") to dismiss all claims in this action against Einstein pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS ORDERED AND ADJUDGED THAT the request is **GRANTED**, and that Plaintiff's claims against Einstein are dismissed without prejudice, with each party to bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

Dated this 4th day of February, 2026

_____

The Honorable Michelle W. Court
United States District Judge

-2-