

Università degli Studi di Napoli Federico II

Email legale@unina.it

Pec legale@pec.unina.it

Corso Umberto I 40

80138 Napoli (ITALY)

+39 081 2532170

+39 081 2532586

*Defendant         in Pro Per*

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMAS Research LLC,<br>    Plaintiff,<br>        vs.<br>NOVERTIS PHARMA GMBH, et al.,<br>including Università degli Studi di<br>Napoli Federico II<br>    Defendant. | Case No.: 2:25-cv-07439-MWC (PDx)<br><br>Università degli Studi di Napoli Federico II<br>**NOTICE OF MOTION AND MOTION TO DISMISS** pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6)<br><br>**Hearing date:** 16/01/2026<br>**Time:** 1:30 pm<br>**Judge:** Michelle Williams Courts<br>**Place:** First Street U.S. Courthouse, 350 W. 1st Street Courtroom 6A, 6th Floor, Los Angeles, CA 90012 |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

1

notice of motion

PLEASE TAKE NOTICE that on January 16, 2026, or as soon thereafter as this matter may be heard in the above-entitled Court located at First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, CA 90012-4565, Università degli Studi di Napoli Federico II, the Defendant **in this case, will move this Court to**: dismiss the Complaint filed by MMAS Research LLC for lack of proper service R. Civ. P. 12(b)(5), lack of personal jurisdiction R. Civ. P. 12(b)(2), and failure to state a claim R. Civ. P. 12(b)(6).

**This motion is based upon the following documents**: memorandum in support, declaration.

On October 21, 2025, the parties participated in a duly scheduled call and conference held via telecommunication. The parties were unable to reach an agreement.

dated:  November 13, 2025, in Naples, Italy

                        Respectfully submitted,
                        By Università degli Studi di Napoli Federico II
                        President - The legal representative
                        Matteo Lorito

                        Defendant    in Pro Per

2

notice of motion