UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV25-07439-MWC-PD | Date | March 16, 2026 |
|---|---|---|---|
| Title | MMAS RESEARCH LLC v. Novartis Pharma GmbH, et al. | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE <mark>JS-6</mark>**

An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on February 3, 2026, ordering Plaintiff to respond in writing no later than March 6, 2026, as to why the matter should not be dismissed for lack of prosecution. There has been no response filed to the Order to Show Cause, nor has proof of service been filed indicating that the summons and complaint have been served on the Defendant Maastricht University Medical Center or their respective counsel. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

CIVIL MINUTES –
**ORDER OF DISMISSAL**

____ : ____
Initials of Deputy Clerk: TJ